1    KAREN P. HEWITT
     United States Attorney
2    HAROLD W. CHUN
     Assistant United States Attorney
3    California State Bar No. 239022
     United States Attorney's Office
4    880 Front Street, Room 6293
     San Diego, California 92101-8893
5    (619) 557-6519 (Phone)          (619) 557-5551 (Fax)
     E-mail: Harold.Chun@usdoj.gov
6
     Attorneys for Plaintiff
7    United States of America

8                        UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )    Criminal Case No. 08-cr-2116-L
                                        )
11                  Plaintiff,          )
                                        )    NOTICE OF APPEARANCE
12           v.                         )
                                        )
13   NOE HERNANDEZ-RIVERA,              )
                                        )
14                  Defendant.          )
     _____  )
15

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17           I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18           I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20           Effective this date, the following attorneys are no longer associated with this case and should

21   not receive any further Notices of Electronic Filings relating to activity in this case:

22           U S Attorney CR.

23           Please feel free to call me if you have any questions about this notice.

24           DATED:  July 22, 2008.

25                                          KAREN P. HEWITT
                                            United States Attorney
26

27                                          s/ *Harold W. Chun*
                                            Harold W. Chun
28                                          Assistant United States Attorney

                                                                    08-cr-2116-L

1

UNITED STATES DISTRICT COURT

2

SOUTHERN DISTRICT OF CALIFORNIA

3

4  UNITED STATES OF AMERICA,                )          Criminal Case No. 08-cr-2116-L
                                            )
5              Plaintiff,                   )
                                            )          CERTIFICATE OF SERVICE
6        v.                                 )
                                            )
7  NOE HERNANDEZ-RIVERA,                    )
                                            )
8              Defendant.                   )
   _____   )

9

IT IS HEREBY CERTIFIED THAT:

10

11        I, Harold W. Chun, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

12        I am not a party to the above-entitled action.  I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

13

14             Carolyn L. Oliver
               7825 Fay Avenue, Suite 200
15             La Jolla, CA 92037
               Email: coliver1@san.rr.com
16             Attorney for Defendant

17        I declare under penalty of perjury that the foregoing is true and correct.

18        EXECUTED on July 22, 2008.

19                                          s/ Harold W. Chun
                                            Harold W. Chun
20

21

22

23

24

25

26

27

28