UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

Noe Hernandez-Rivera (1)

CASE NUMBER 08CR2116-L

ABSTRACT OF ORDER

Booking No. 06377298

FILED
AUG 0 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8/5/08__ the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

__X__ Defendant sentenced to TIME SERVED, supervised release for __3__ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
       _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

M. JAMES LORENZ

UNITED STATES ~~MAGISTRATE~~ District JUDGE
OR
W. SAMUEL HAMRICK, JR.  Clerk
by
S. Volkert, Deputy Clerk

Received _____
         DUSM

Crim-9  (Rev 6-95)

S. VOLKERT

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY